OSCN Found Document:IN RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 IN RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2014 OK 9
Decided: 02/20/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 9, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

In re Suspension of Certificates of Certified Shorthand 
Reporters
ORDER
Pursuant to Rules 20(b) and 23(d), the State Board of Examiners of Certified 
Shorthand Reporters submitted the names of certified shorthand reporters who 
have failed to pay the 2014 annual certificate renewal fee and/or to report the 
2013 continuing education, as listed in the attached Exhibit, and recommended 
the suspension of each reporter's certificate by order of this Court.
IT IS THEREFORE ORDERED that the certificate of each of the certified 
shorthand reporters listed on the attached Exhibit is and shall remain suspended 
for failure to pay the 2014 annual certificate renewal fee and/or to comply with 
the continuing education requirements for calendar year 2013 until further order 
of this Court.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 20th day of 
February, 2014.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR
   
 
EXHIBIT to SCAD-2014-12
Rules 20(b) and 23(d) of the State Board of Examiners of Certified Shorthand 
Reporters, Okla. Stat. tit. 20, ch.20, app. 1 (2011), require certified 
shorthand reporters, on or before February 15th of each year, to pay 
the annual certificate renewal fee authorized by section 1506 of title 20 and to 
report the continuing education required by section 1503.1. The Rules operate to 
suspend the certificates of reporters, effective February 16th of 
each year, who do not timely pay and/or report.
The following persons have failed to pay the annual certificate renewal fee 
for calendar year 2014:

S.J. Bailey
 CSR # 109
Steve Meador
 CSR # 294
Freddy Dale Leggett
 CSR # 910
Kevin Lee Idleman
 CSR # 1652
Lori A. Johnston
 CSR # 1726
Lainey Fergueson
 CSR # 1934
Marc Nichols
 CSR # 1945
Shanna M. McKay
 CSR # 1958
Ashleigh M. Cawthon
 CSR # 1965 The following persons have failed to complete and report continuing education 
form calendar year 2013:
Cheryl Kendall Brown
 CSR # 1448
Kelly Jean Bryant
 CSR # 1476
Lainey Fergueson
 CSR # 1934
Marc Nichols
 CSR # 1945
Shanna M. McKay
 CSR # 1958
Ashleigh M. Cawthon
 CSR # 1965
 
  




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 Oklahoma Supreme Court Cases Cite
Name
Level 2014 OK 32, RE: REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
Cited
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.